JODI LINKER
Federal Public Defender
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant SOTO-BELTRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SALVADOR SOTO-BELTRAN,<br><br>Defendant. | No. CR 26-71195-MAG (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING** |

## STIPULATION

Defendant Salvador Soto-Beltran and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing re: identity currently scheduled for September 25, 2026 be vacated and that the matter be transerred to the charging district, the Southern District of California, pursuant to Rule 5(c)(3).

Counsel for Mr. Soto-Beltran has submitted to the Court Mr. Soto-Beltran's Rule 5 waiver, which has been filed on the docket. *See* ECF 6.

////

////

////

////

IT IS SO STIPULATED.

Dated: September 23, 2026

JODI LINKER
Federal Public Defender(c

__________/s/________________
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: September 23, 2026

CRAIG H. MISSAKIAN
United States Attorney

__________/s/________________
NEAL HONG
Assistant United States Attorney

~~[PROPOSED]~~ **ORDER**

Upon agreement and stipulation of the Defendant Salvador Soto-Beltran, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status hearing re: identity scheduled for September 25, 2026 is VACATED.

IT IS SO ORDERED.

DATED: September 23, 2026

Virginia K. DeMarchi

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge